Christopher HELTON, Appellant,

v.

STATE of Missouri, Respondent.

**WD 78150**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 21, 2016

S. Kate Webber, Kansas City, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

Appellant Christopher Helton ("Helton") appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Helton was convicted after a jury trial, before the Circuit Court of Buchanan County, of second-degree murder, section 565.021, attempted first-degree robbery, section 569.020, and armed criminal action, section 571.015. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Craig GRANDSTAFF, Appellant,

v.

STATE of Missouri, Respondent.

**WD 78303**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 21, 2016

Jeannette Wolpink, Kansas City, MO, Counsel for Appellant.

Daniel McPherson, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Craig Grandstaff appeals the circuit court's judgment denying his Rule 24.035 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).